EUGENIA ANDERSON et al., Appellants, v TOWN OF KIRKLAND et al., Respondents. [869 NYS2d 841]

Present—Centra, J.P., Peradotto, Green and Pine, JJ.